IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOHN DANIEL RAY,            )
on behalf of himself and    )
all others similarly        )
situated,                   )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )      3:04cv459-T
                            )         (WO)
FIELD DATA SERVICES,        )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that the motion for summary judgment[*] filed by defendants Field Data Services, Butch Nabors, and Butch Nabors d/b/a Field Data Services (Doc. No. 2) is denied, with leave to renew when the record is better developed. The record as it stands is insufficient to determine whether the defendants were covered by the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C.A. §§ 201-

---

    *  The defendants originally filed a motion to dismiss (doc. no. 2); however, pursuant to the court's order (Doc. No. 3), the defendants' motion to dismiss is treated as a motion for summary judgment.

**219, as an enterprise or plaintiff John Daniel Ray was covered by the FLSA as an individual. The record contains no evidence regarding the nature of the defendants' work generally or whether Ray's work is specifically related to interstate commerce. Moreover, the evidence submitted by defendants is inadequate to determine whether the annual gross volume of sales made or business done by the defendants while Ray was employed was less than $500,000. See 29 U.S.C.A. § 203(s)(1) (stating that enterprises grossing less than $500,000 per annum are not covered by the FLSA). Specifically, the ledger sheet showing profits and losses for 2003 is inadmissible without, at least, an accompanying affidavit. See Fed R. Civ. P. 56(c).**

**DONE, this the 3rd day of January, 2006.**

**/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE**